FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 21, 2017**

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AARON JOSEPH CUNNINGHAM , <br><br> Plaintiff, <br><br> v. <br><br> DEA OFFICER JOHN DOES 1 and 2, CC2 CASEY POTTS, CC2 G. ROBINSON, CC2 MEDUDIS, CC2 M.S. ODEM, CC2 JAMES ROGERS, UM T. MINK, AA2 RACHEL SMITH, LT. M. BATES, CPM LONNIE ROBERTS, SUPERINTENDENT DON HOLBROOK, C/O PIERCE, C/O K. WALKER, and THE DEPARTMENT OF CORRECTIONS, <br><br> Defendants. | NO: 4:17-CV-05087-SMJ <br><br> **ORDER DENYING MOTION FOR SUMMARY JUDGMENT** |

BEFORE THE COURT without oral argument is Plaintiff's Motion for Summary Judgment, ECF Nos. 7 and 9. An initial, unsigned version was received on August 2, 2017. A signed version was received on August 4, 2017, as well as the signed signature page sent to Plaintiff with a deficiency notice on August 2,

**ORDER DENYING MOTION FOR SUMMARY JUDGMENT** -- 1

2017, ECF No. 10. Plaintiff also submitted a letter and exhibits in support of his Motion. ECF Nos. 11 and 12.

Plaintiff is proceeding *pro se* and *in forma pauperis.* Defendants have not been served in this action and are not required to file an answer to Plaintiff's complaint or to respond to his motions.

By separate Order the Court has advised Plaintiff of the deficiencies of his Complaint and directed him to amend or voluntarily dismiss. Therefore, his Motion for Summary Judgment is premature. Accordingly, the Motion, **ECF Nos. 7 and 9,** is **DENIED.**

**IT IS SO ORDERED.** The Clerk of Court is **DIRECTED** to enter this Order and forward a copy to Plaintiff.

**DATED** this 21st day of November 2017.

_____
SALVADOR MENDOZA, JR.
United States District Judge

**ORDER DENYING MOTION FOR SUMMARY JUDGMENT** -- 2